```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Jeffrey M. Gray

    v.                                              Case No. 20-cv-155-PB

Celia Englander, et. al.

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 24, 2021 and dismiss Mr. Gray's Eighth Amendment claims to the extent they are asserted against the defendants in their official capacities.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                            /s/Paul Barbadoro
                                            _____
                                            Paul Barbadoro
                                            United States District Judge

Date: July 19, 2021

cc: Jeffrey Gray, pro se